In the Matter of the Petition of Jane A. Ebbets, for Leave to Revive Suit.

(Argued November 25, 1879; decided December 9, 1879.)

*Charles A. Jackson* for appellant.

*Henry Brewster* for respondent.

Agree to dismiss appeal without opinion.
All concur.
Appeal dismissed.

---

Maria L. Platz, Respondent, *v.* The City of Cohoes, Appellant.

(Argued November 25, 1879; decided December 9, 1879.)

*G. L. Stedman* for appellant.

*Rufus W. Peckham* for respondent.

Agree to dismiss appeal without opinion.
All concur.
Appeal dismissed.

---

Oliver Stanton, Appellant, *v.* George W. Miller, Respondent.

(Argued November 25, 1879; decided December 9, 1879.)

*John Van Voorhis* for appellant.

*George W. Miller* respondent in person.

Agree to affirm without opinion.
All concur, Danforth, J., not sitting.
Order affirmed.